IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Lynn Williams,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Social Security Administration,<br><br>　　　　Defendant. | No. CV-13-0076-TUC-BGM<br><br>**REPORT AND RECOMMENDATION** |

On March 18, 2013, this Court issued its Order to Show Cause (Doc. 8) directing Plaintiff to show cause, in writing, why this case should not be dismissed. Plaintiff did not file anything by the April 5, 2013 deadline issued in the Court's Order, nor has she filed anything further to date. On March 25, 2013, Judge Raner C. Collins held an Order to Show Cause hearing regarding Plaintiff's failure to return the magistrate judge election form. *See* Minute Entry 3/25/2013 (Doc. 9). Plaintiff did not appear for the hearing. *Id.* Accordingly, Judge Collins referred this matter to Magistrate Judge Macdonald for Report and Recommendation.

In light of Plaintiff's failure to comply with the Court's Orders, the Magistrate Judge recommends that the District Court enter an Order DISMISSING this case WITHOUT PREJUDICE.

Pursuant to 28 U.S.C. §636(b) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation. A party may respond to

1  another party's objections within fourteen (14) days after being served with a copy. Fed. R.
2  Civ. P. 72(b)(2).  If objections are not timely filed, they may be deemed waived.  If
3  objections are filed, the parties should use the following case number: **CV-13-0076-TUC-**
4  **RCC**.

5  DATED this 22nd day of May, 2013.

_____
Bruce G. Macdonald
United States Magistrate Judge